**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 16-050173-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Richard A. Finger, Jr., | |
| Defendant. | |

Pending before the Court is a Motion of Ashley E. Finger to Transfer All Collections Proceedings to the District of Nevada, Where she Resides. (Doc. 89). The Government filed a Response thereto (Doc. 93), and Ashley E. Finger filed a Reply. (Doc. 96). For the reasons stated herein, the Court will deny the Motion as moot.

Also pending before the Court is a Motion of Richard A. Finger, Jr., and Ashley E. Finger to Transfer Collection Proceedings to the District of Nevada and to Stay Collection Proceedings Pending Such Transfer. (Doc. 92). The Government filed a Response thereto (Doc. 97). Therein, the Government stated its opposition to the Motion. Because the Government did not oppose Ashley Finger's Motion to Transfer, the Court sought clarification from the Government. *See* (Doc. 105). Subsequently, the Government filed its Notice stating that it "does not object to the request to transfer all collection proceedings in the matter to the District of Nevada." (Doc. 106). Accordingly,

**IT IS ORDERED** granting Defendant Richard A. Finger, Jr.'s Motion to Transfer and to Stay Collection Proceedings Pending Such Transfer (Doc. 92).

**IT IS FURTHER ORDERED** that all collection proceedings in this matter shall be transferred to the District of Nevada.

**IT IS FURTHER ORDERED** denying Ashely E. Finger's Motion (Doc. 89) as moot.

Dated this 11th day of July, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge